Same case below, 378 Fed. Appx. 363.

**No. 10-6836. Antonio Maurice Montgomery, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 580, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8772.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 321.

**No. 10-6838. Athens Jerome Lawson, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 580, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8790.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6840. Lamont Dante Sneed, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 581, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8711.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 385 Fed. Appx. 551.

**No. 10-6848. Ernesto V. Bell, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 581, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8695.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 385 Fed. Appx. 389.

**No. 10-6852. Eddie David Cox, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 581, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8669.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6853. Willie Bud Reed, Jr., Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 582, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8761.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6854. Henry Lamont Reid, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 582, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8715.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 392.

**No. 10-6856. Sebastian L. Eccleston, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 582, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8753.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 390 Fed. Appx. 62.

**No. 10-6858. Juan A. Trevino, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 582, 178 L. Ed. 2d 424, 2010 U.S. LEXIS 8689.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.